ANDREA MCEWEN, SBN 264494
Homeless Action Center
2150 Dwight Way
Berkeley, CA 94704
Telephone: (510) 698-1079
Facsimile: (510) 540-0403
amcewen@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M.R.Z., <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 3:25-cv-02757-LJC <br><br> SECOND STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S BRIEF |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 30 days in which to file a Plaintiff's Brief in response to Defendant's Answer. Plaintiff and her attorney respectfully request this extension of time due to family illness and competing deadlines in other cases. Plaintiff's motion was due on July 21, 2025, pursuant to Civil L.R.16-5. Plaintiff's response is now due on August 20, 2025.

/

/

Stipulation and ~~Proposed~~ Order Extending Time - 3:25-cv-02757-LJC

/

Dated: July 2, 2025

/s/ *Andrea McEwen*
ANDREA MCEWEN
Attorney for Plaintiff

Dated: July 2, 2025

/s/ *Erin Highland*
Erin Highland
Assistant Regional Counsel
Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 7, 2025

United States District Court
Northern District of California