| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202) |
| 2 | United States Attorney |
| | MATHEW W. PILE (WSBA 32245) |
| 3 | Head of Program Litigation 1 |
| | ERIN HIGHLAND (GA 153550) |
| 4 | Special Assistant United States Attorney |
| | Program Litigation 1 |
| 5 | Law and Policy |
| 6 | Social Security Administration |
| | 6401 Security Boulevard |
| 7 | Baltimore, MD 21235 |
| | (206) 615-2495 |
| 8 | erin.highland@ssa.gov |
| 9 | |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M.R.Z, | CIVIL NO. 3:25-cv-02757-LJC |
| Plaintiff, | |
| vs. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; |
| COMMISSIONER OF SOCIAL SECURITY, | [PROPOSED] ORDER |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the Administrative Law Judge to:

- Give further consideration to the medical source opinions pursuant to the provisions of 20 C.F.R. § 416.920c. As appropriate, the Administrative Law Judge may request the medical

Stip. to Remand, [3:25-cv-02757-LJC]                1

source(s) provide additional evidence and/or further clarification of the opinion(s). 20 C.F.R. § 416.920b.

- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 17, 2025       By: */s/ Andrea McEwen*
                                ANDREA MCEWEN
                                (as authorized by email)
                                Attorney for Plaintiff

Dated: September 17, 2025       CRAIG H. MISSAKIAN
                                United States Attorney

                                MATHEW W. PILE
                                Head of Program Litigation 1

                                By: */s/ Erin Highland*
                                ERIN HIGHLAND
                                Special Assistant U.S. Attorney
                                Social Security Administration
                                Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: September 17, 2025        _____
                                THE HONORABLE LISA J. CISNEROS
                                United States Magistrate Judge