```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| M.R.Z., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 3:25-cv-02757-LJC <br><br> ~~PROPOSED~~ JUDGMENT |

  IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on <u>September 17</u>, 2025.

  JUDGMENT is entered for Plaintiff, and this case is closed.

Proposed Judgment [3:25-cv-02757-LJC]    1

Dated this __17th__ day of _____September_____, 2025

_____
THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge

Presented by:

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration

Proposed Judgment [3:25-cv-02757-LJC]                 2