ANDREA MCEWEN, SBN 264494
HOMELESS ACTION CENTER
2150 Dwight Way
Berkeley, CA 94704
(510) 698-1079 phone
(510) 540-0403 fax
amcewen@homelessactioncenter.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.R.Z., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY <br><br> Defendant. | CASE NO. 3:25-cv-02757-LJC <br><br> MOTION TO STAY PROCEEDINGS; ORDER |

Plaintiff hereby moves for a stay of pending deadlines in the above-captioned case.

1. United States Department of Justice attorneys who handle Social Security litigation are currently out of the office due to a lapse in federal government appropriations.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Although we have stipulated to a remand, we have not yet negotiated EAJA fees. Undersigned counsel for Plaintiff, therefore, requests a stay of all pending deadlines related to EAJA fees until Congress has restored appropriations to the Department of Justice.

4. If this motion for a stay is granted, Plaintiff requests that, at that point, all current deadlines be extended commensurate with the duration of the lapse in appropriations.

5. A district court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997), citing *Landis v. North America Co.*, 299 U.S. 248, 254 (1936). A stay is discretionary and the "party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion." *Nken v. Holder*, 556 U.S. 418, 433-34 (2009). "Generally, stays should not be indefinite in nature." *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066-67 (9th Cir. 2007). Instead, district courts should "balance the length of any stay against the strength of the justification given for it." *Young v. I.N.S.*, 208 F.3d 1116, 1119 (9th Cir. 2000) (discussing that if a stay is especially long or its term is indefinite, a greater showing is required to justify it).

6. Here, a stay of proceedings is warranted in this matter because the government essentially cannot participate in the litigation of the case until funding is restored.

**ORDER**

Good cause being shown, IT IS HEREBY ORDERED that Plaintiff's motion to stay is GRANTED. This matter is STAYED until Congress has restored appropriations to the Department of Justice or Congress enacts a continuing resolution.

Within three (3) days of the restoration of appropriations or enactment of a continuing resolution, Defendant shall file a notice thereof with the Court. At that time, the Court will set a status conference to discuss whether modification to the scheduling order will be necessary.

IT IS SO ORDERED.

Dated: October 22, 2025

_____
THE HONORABLE LISA J. CISNEROS
UNITED STATES DISTRICT COURT JUDGE