ANDREA MCEWEN, SBN 264494
Homeless Action Center
2150 Dwight Way
Berkeley, CA 94704
(510) 698-1079 tel
(510) 540-0403 fax
amcewen@homelessactioncenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Megan Ruskofsky-Zuccato,<br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br><br>Defendant. | 3:25-cv-02757-LJC<br><br>**STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ~~PROPOSED~~ ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND SEVEN HUNDRED EIGHTY-FOUR DOLLARS AND NINETY-SIX CENTS ($4,784.96). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of four thousand seven hundred eighty-four dollars and ninety-six cents ($4,784.96) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel pursuant to the assignment executed by Ms. Ruskofsky-Zuccato (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated November 18, 2025

Respectfully Submitted,

/s/ *Andrea McEwen*
ANDREA MCEWEN
Attorney for MEGAN RUSKOFSKY-ZUCCATO

Dated November 18, 2025

United States Attorney
Craig H. Missakian

By:  /s/ *Erin Highland* *
ERIN HIGHLAND
Special Assistant United States Attorney
* Concurrence obtained by email authorization in accordance with Civil Local Rule 5-1(i)(3)

Attorneys for Defendant

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of four thousand seven hundred eighty-four dollars and ninety-six cents ($4,784.96), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: November 21, 2025

_____
HON. LISA J. CISNEROS
United States District Judge